FIRST NATIONAL BANK OF HEMPSTEAD et al., Appellants, *v.* LEVEL CLUB, INC., et al., Respondents.

Submitted May 20, 1940; decided May 28, 1940.

Motion to amend the remittitur denied. Our decision was that there was evidence sufficient to support the findings of the Appellate Division that the defendants had not been guilty of fraud. (See 282 N. Y. 577.)

ALEXANDER WEILER, Appellant, *v.* DRY DOCK SAVINGS INSTITUTION, Respondent.

Submitted May 20, 1940; decided May 28, 1940.

*George W. Harrington* for motion.
*Julius Reinlieb* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.